Nathaniel S.G. Braun, SBN 269087
  nbraun@sinclairbraun.com
Patice Alana Gore, SBN 258776
  pgore@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
BLUE HILL SPECIALTY INSURANCE COMPANY INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN KARAKHANIAN, an individual; HERMINE ARAKELYAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE HILL SPECIALTY INSURANCE COMPANY Inc,, an Illinois Corporation, AND DOES 1 TO 50, INCLUSIVE, <br><br> Defendant. | Case No.: 2:26-cv-06753 <br><br> **DECLARATION OF PATICE A. GORE IN SUPPORT OF DEFENDANT BLUE HILL SPECIALTY INSURANCE COMPANY, INC.'S NOTICE OF REMOVAL; EXHIBIT D** <br><br> [Removed from the Superior Court of California, Los Angeles County Case No. 26STCV14805] |

SINCLAIR
BRAUN
KARGHER LLP

**DECLARATION OF PATICE A. GORE**

## DECLARATION OF PATICE A. GORE

I, Patice A. Gore, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am an attorney with the law firm Sinclair Braun Kargher LLP, attorneys of record for Defendant Blue Hill Specialty Insurance Company, Inc. ("Blue Hill"). I am involved in the day-to-day handling of the above-captioned matter. I am familiar with and have access to Sinclair Braun Kargher LLP's litigation file relating to the above-captioned matter, which was and is prepared in the regular course of business at or near the time of the acts, conditions or events recorded. The litigation file is maintained by Sinclair Braun Kargher LLP in the ordinary course of business. If called as a witness, I could and would competently testify as to the facts herein.

2. Attached hereto as **Exhibit D** is a true and correct copy of the State of California Department of Insurance's ("CA DOI") List of Approved Surplus Line Insurers (LASLI) as of March 6, 2026 from CA DOI's website, identifying Blue Hill as an approved surplus line insurer incorporated in Illinois.

3. In connection with his insurance claim, Plaintiff Karen Karakhanian submitted past medical bills of approximately $57,760.00. Additionally, Karakhanian is claiming that he will incur future medical expenses and submitted a written report from a medical provider recommending left knee arthroscopic surgery and meniscectomy. The medical provider estimated the approximate cost of recommended surgery to be approximately $55,000. Thus, Karakhanian is seeking to recover medical expenses in the amount of $112,759.80. Karakhanian is also making a claim for emotional distress and losses related to pain and suffering. In this lawsuit, Karakhanian is seeking general damages, emotional distress damages, special damages, economic losses, expenses, out-of-pocket losses, consequential damages, reasonable costs of suit and attorneys' fees, prejudgment interest, and post-judgment interest as well as declaratory relief.

SINCLAIR
BRAUN
KARGHER LLP

**DECLARATION OF PATICE A. GORE**

4.    In connection with her insurance claim, Plaintiff Hermine Arakelyan submitted past medical bills of approximately $84,015.00. Thus, Arakelyan is seeking to recover medical expenses in the amount of $84,015.00. Arakelyan is also making a claim for emotional distress, future medical expenses, and losses related to pain and suffering.  In this lawsuit, Arakelyan is seeking general damages, emotional distress damages, special damages, economic losses, expenses, out-of-pocket losses, consequential damages, reasonable costs of suit and attorneys' fees, prejudgment interest, and post-judgment interest as well as declaratory relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of June 2026, at Sherman Oaks, California.


        /s/ Patice A. Gore
        Patice A. Gore



**DECLARATION OF PATICE A. GORE**



**Need help with insurance? Call us.**
**Call 800-927-4357** (HELP)
Se Habla Español

 **Maintenance Notice**

# List of Approved Surplus Line Insurers (LASLI)

**List is current as of: March 6, 2026**

Please use the **"Find"** option in the **"Edit"** menu of your browser to search for a particular company.

A | B - D | E - G | H - L | M - P | Q - Z

## A

| Insurer | Date Approved |
|---|---|
| Acceptance Casualty Insurance Company (Nebraska) | 10/23/2007 |
| Admiral Insurance Company (Delaware) | 06/30/1995 |
| Adriatic Insurance Company (North Dakota) | 06/30/1995 |
| AIG Specialty Insurance Company (Illinois)<br>(Name changed from Chartis Specialty Insurance Company effective 10/01/2013) | 06/30/1995 |
| AIX Specialty Insurance Company (Delaware) | 06/05/2009 |
| Allianz Global Corporate & Specialty SE (Germany)<br>(Name Changed from Allianz Global Corporate Specialty AG effective 11/13/2013) | 06/16/2004 |
| Allied World National Assurance Company (New Hampshire)<br>(Name changed from Newmarket Underwriters Insurance Company effective 10/03/2007) | 12/18/1997 |
| Allied World Surplus Lines Insurance Company (Arkansas)<br>(Name changed from Darwin Select Insurance Company effective 06/03/2014)<br>(Name changed from ULICO Indemnity Company Effective 05/13/2010) | 12/22/1995 |
| American Inter-Fidelity Exchange (Indiana) | 04/18/2023 |
| Arch Insurance (UK) Limited (U.K.)<br>(Name changed from Arch Insurance Company (Europe) Limited effective 03/18/2019) | 10/19/2009 |
| Arch Specialty Insurance Company (Missouri)<br>(Name changed from Rock River Insurance Company effective 08/01/2002)<br>(Domicile changed from Nebraska to Missouri effective 09/30/2014) | 09/01/1995 |
| Aspen Insurance UK Limited (U.K.) | 12/29/2004 |
| Aspen Specialty Insurance Company (North Dakota)<br>(Name changed from Dakota Specialty Insurance Company, effective 10/22/2003) | 03/03/1998 |
| Associated Industries Insurance Company, Inc. (Florida) | 01/11/2012 |
| Atain Specialty Insurance Company (Michigan)<br>(Name changed from USF Insurance Company effective 08/25/2011)<br>(Domicile changed from Pennsylvania to Michigan effective 12/31/2007) | 09/01/1995 |
| Atlantic Casualty Insurance Company (North Carolina) | 07/16/2009 |

**Declaration of Patice A. Gore**

**EXHIBIT D**
**Page 4**

| | Date Approved |
|---|---|
| AXIS Specialty Europe SE (Ireland)<br>(Name changed from AXIS Specialty Europe Public Limited Company effective 09/10/2012. Name changed from AXIS Specialty Europe Limited effective 04/26/2012) | 06/20/2007 |
| AXIS Surplus Insurance Company(Illinois)<br>(Name changed from Sheffield Insurance Corporation effective 06/09/2003) | 12/15/1995 |
| AZGUARD Insurance Company (Nebraska) | 08/26/2021 |

**Back to Top**

# B - D

| Insurer | Date Approved |
|---|---|
| Berkley Assurance Company (Iowa) | 07/20/2011 |
| Berkley Specialty Insurance Company (Delaware)<br>(Name changed from Berkley Regional Specialty Insurance Company effective 07/01/2018 | 04/12/2012 |
| Berkshire Hathaway International Insurance Limited (UK) | 04/01/2008 |
| Blue Hill Specialty Insurance Company, Inc. (Illinois) | 01/28/2025 |
| Bridgeway Insurance Company (Delaware) | 07/01/2021 |
| The Burlington Insurance Company (Illinois)<br>(Domicile changed from North Carolina to Illinois, effective 12/31/2015) | 11/17/1995 |
| Canopius US Insurance, Inc. (Delaware)<br>(Name changed from Omega US Insurance, Inc. effective 08/20/2012) | 07/20/2011 |
| Capitol Specialty Insurance Corporation (Wisconsin) | 05/15/2008 |
| Century Surety Company (Ohio) | 09/01/1995 |
| Chubb Custom Insurance Company (New Jersey)<br>(Domicile changed from Delaware to New Jersey, effective 04/01/2013) | 08/04/1995 |
| Chubb European Group SE (France)<br>(Domicile changed from U.K. to France effective 01/01/2019)<br>(Name changed from Chubb European Group Limited effective 07/19/2018)<br>(Name changed from ACE European Group Limited effective 05/02/2017) | 06/20/2007 |
| The Cincinnati Specialty Underwriters Insurance Company (Delaware) | 01/31/2011 |
| Clear Blue Specialty Insurance Company (Texas)<br>(Domicile changed from North Carolina to Texas effective 12/20/2022) | 06/27/2022 |
| Colony Insurance Company (Virginia) | 09/01/1995 |
| Columbia Casualty Company (Illinois) | 07/06/1995 |
| Coverys Specialty Insurance Company (New Jersey) | 07/10/2017 |
| Covington Specialty Insurance Company (New Hampshire) | 07/20/2011 |
| Crum & Forster Specialty Insurance Company (Delaware)<br>(Name changed from Transnational Insurance Company effective 12/26/2000)<br><br>(Domicile changed from Arizona to Delaware effective 11/21/2014) | 04/20/1998 |
| CUMIS Specialty Insurance Company, Inc. (Iowa) | 05/15/2008 |

**Back to Top**

**Declaration of Patice A. Gore**

**EXHIBIT D**
**Page 5**

# E - G

| Insurer | Date Approved |
|---|---|
| Empire Indemnity Insurance Company (Oklahoma) | 12/01/1995 |
| Endurance American Specialty Insurance Company (Delaware)<br>(Name changed from Traders & Pacific Insurance Company effective 06/08/2006) | 02/23/1996 |
| Energy Insurance Mutual Limited (Barbados) | 12/17/1997 |
| Evanston Insurance Company (Illinois) | 08/11/1995 |
| Everest Indemnity Insurance Company (Delaware) | 08/14/1998 |
| Everspan Indemnity Insurance Company (Arizona) | 05/20/2024 |
| Executive Risk Specialty Insurance Company (Connecticut) | 09/01/1995 |
| Fair American Select Insurance Company (Delaware) | 07/28/2014 |
| Falls Lake National Insurance Company (Ohio) | 12/30/2024 |
| Federated Specialty Insurance Company (Delaware) | 04/04/2025 |
| Fireman's Fund Indemnity Corporation (New Jersey) | 02/28/2025 |
| First Mercury Insurance Company (Delaware)<br>(Domicile changed from Illinois to Delaware, effective 10/28/2015) | 10/16/1997 |
| Fortegra Specialty Insurance Company (Arizona) | 04/16/2025 |
| Gemini Insurance Company (Delaware) | 02/23/1998 |
| General Security Indemnity Company of Arizona (Arizona)<br>(Name changed from Fulcrum Insurance Company effective 05/03/2002) | 09/01/1995 |
| General Star Indemnity Company (Delaware)<br>(Domicile changed from Connecticut to Delaware, effective 12/31/2012) | 08/11/1995 |
| Gotham Insurance Company (New York) | 08/04/1995 |
| Great American E&S Insurance Company (Delaware)<br>(Name changed from Agricultural Excess and Surplus Insurance Company, effective 07/27/2000)<br>(Domicile changed from Delaware to Ohio effective 02/18/2020) | 06/30/1995 |
| Great American Fidelity Insurance Company (Delaware)<br>(Name changed from American Dynasty Surplus Lines Insurance Company, effective 06/27/2001)<br>(Domicile changed from Delaware to Ohio effective 02/18/2020) | 09/01/1995 |
| Great American Risk Solutions Surplus Lines Insurance Company (Ohio)<br>(Domicile changed from Delaware to Ohio effective 02/18/2020)<br>(Name changed from American Empire Surplus Lines Insurance Company effective 07/17/2023) | 09/01/1995 |
| Great Lakes Insurance SE (Germany)<br>(Domicile changed from UK to Germany and name changed from Great Lakes Reinsurance (UK) SE effective 12/30/2016<br>(Name changed from Great Lakes Reinsurance (UK) PLC (U.K.) effective 07/28/2015) | 12/01/1995 |
| GuideOne National Insurance Company (Iowa) | 12/07/2015 |
| Gulf Underwriters Insurance Company (Connecticut)<br>(Domicile changed from Missouri to Connecticut, effective 10/01/2001) | 07/07/1995 |

**Back to Top**

# H - L

| Insurer | Date Approved |
|---------|---------------|
| Hamilton Insurance DAC (Ireland)<br>(Name changed from Ironshore Europe DAC<br>(Ireland) effective 09/16/2019) | 02/05/2019 |
| Harleysville Insurance Company of New York (Ohio) | 01/10/2023 |
| HDI Global Specialty SE (Germany)<br>(Name changed from International Insurance Company of Hannover SE effective 01/02/2019)<br>(Name changed from International Insurance Company of Hannover PLC effective 07/15/2014)<br>(Name changed from International Insurance Company of Hannover Ltd effective 08/07/2013)<br>(Domicile changed from United Kingdom to Germany effective 01/05/2015) | 09/29/1998 |
| HDI Specialty Insurance Company (Illinois) | 04/23/2018 |
| Health Care Indemnity, Inc. (Colorado) | 03/21/2001 |
| Hilltop Specialty Insurance Company (New York)<br>(Name changed from Hudson Specialty Insurance Company effective 10/26/2020) | 11/09/1995 |
| Homeland Insurance Company of New York (New York) | 09/24/2003 |
| Homesite Insurance Company (Wisconsin) | 09/06/2023 |
| Houston Casualty Company (Texas) | 09/01/1995 |
| Houston Specialty Insurance Company (Texas)<br>(Name changed from Naxos Insurance Company effective 12/30/10)<br>(Domicile changed from Delaware to Texas effective 12/30/2011) | 10/08/2009 |
| HSB Specialty Insurance Company (Connecticut) | 09/26/2013 |
| Hudson Excess Insurance Company (Delaware) | 07/10/2017 |
| Illinois Union Insurance Company (Illinois) | 12/22/1995 |
| Indian Harbor Insurance Company (Delaware)<br>(Domicile changed from North Dakota to Delaware effective 07/01/2013) | 12/08/1995 |
| Interstate Fire & Casualty Company (Illinois) | 10/20/1995 |
| Ironshore Specialty Insurance Company (Arizona) | 10/02/2008 |
| James River Insurance Company (Ohio)<br>(Name changed from Fidelity Excess and Surplus Insurance Company effective 07/07/03) | 08/04/1995 |
| Lancashire Insurance Company (UK) Limited (U.K.) | 11/17/2010 |
| Landmark American Insurance Company (New Hampshire)<br>(Domicile changed from Oklahoma to New Hampshire effective 10/28/2016 | 09/30/2003 |
| Lexington Insurance Company (Delaware) | 07/28/1995 |
| Liberty Mutual Insurance Europe SE (Luxembourg)<br>(Domicile changed from U.K. to Luxembourg and name changed from Liberty Mutual Insurance Europe Limited effective 03/01/2019)<br>(Name changed from Liberty Mutual Insurance (U.K.) Limited effective 10/21/2003) | 10/27/1995 |
| Liberty Specialty Markets Bermuda Limited (Bermuda)<br>(Name changed from Ironshore Insurance Ltd. effective 11/15/2018) | 07/20/2011 |
| Liberty Surplus Insurance Corporation (New Hampshire) | 12/18/1997 |

**Declaration of Patice A. Gore**

**EXHIBIT D**

**Page 7**

**Back to Top**

## M - P

| Insurer | Date Approved |
|---|---|
| The Marine Insurance Company Limited (UK) | 11/03/1995 |
| Markel International Insurance Company Limited (U.K.)<br>(Name changed from Terra Nova Insurance Company Limited, effective 11/04/2002) | 10/27/1995 |
| Maxum Indemnity Company (Connecticut)<br>(Domicile changed from Delaware to Connecticut effective 12/01/2016)<br>(Name changed from Caliber One Indemnity Company, effective 01/02/2003) | 09/29/1998 |
| Medical Security Insurance Company (North Carolina) | 12/18/2023 |
| Mercer Insurance Company (Pennsylvania) | 06/10/2016 |
| Mesa Underwriters Specialty Insurance Company (New Jersey)<br>(Name changed from Montpelier U.S. Insurance Company, effective 01/01/2012.)<br>(Domicile changed from Oklahoma to New Jersey, effective 01/01/2012) | 02/05/2012 |
| Mitsui Sumitomo Insurance Company (Europe) Limited (U.K.) | 06/10/2011 |
| Mount Vernon Fire Insurance Company (Pennsylvania) | 04/02/1997 |
| MS Transverse Specialty Insurance Company (Texas)<br><br>(Name changed from Transverse Specialty Insurance Company (Texas) effective 01/18/2024) | 10/31/2022 |
| MSIG Specialty Insurance USA Inc. (New York) | 10/11/2019 |
| Mt. Hawley Insurance Company (Illinois)<br>(Domicile changed from Delaware to Kansas, effective 12/20/1995. Domicile changed from Kansas to Illinois effective 04/21/1999) | 10/27/1995 |
| NORCAL Specialty Insurance Company (Texas)<br>(Domicile changed from Pennsylvania to Texas effective 04/25/2018)<br>(Name changed from PMSLIC Insurance Company, effective 12/01/2015) | 12/23/2013 |
| National Fire & Marine Insurance Company (Nebraska) | 06/30/1995 |
| Nautilus Insurance Company (Arizona) | 08/04/1995 |
| Navigators Specialty Insurance Company (New York)<br>(Name changed from NIC Insurance Company effective 01/04/2007) | 12/08/1995 |
| Northfield Insurance Company (Iowa)<br>(Domicile changed from Missouri to Iowa, effective 01/01/2002) | 06/30/1995 |
| North Light Specialty Insurance Company (Illinois) | 10/10/2014 |
| Nutmeg Insurance Company (Connecticut) | 06/30/1995 |
| Oklahoma Specialty Insurance Company (Oklahoma) | 12/05/2024 |
| Old Republic Union Insurance Company (Illinois) | 05/24/2017 |
| Pacific Insurance Company, Limited (Connecticut) | 09/01/1995 |
| Penn-Star Insurance Company (Pennsylvania) | 11/13/2002 |
| Point Excess & Surplus Insurance Company (Wisconsin) | 11/26/2024 |
| Prime Insurance Company (Illinois) | 08/08/2018 |
| Princeton Excess and Surplus Lines Insurance Company (Delaware) | 02/09/2006 |

**Declaration of Patice A. Gore**

**EXHIBIT D**
**Page 8**

| | Date Approved |
|---|---|
| ProAssurance Specialty Insurance Company (Vermont)<br>(Name changed from Noetic Specialty Insurance Company (Vermont) effective 12/31/2021)<br>(Domicile changed from Illinois to Vermont effective 01/18/2011)<br>(Name changed from Coregis Indemnity Company effective 11/07/2001) | 09/01/1995 |
| Professional Security Insurance Company (Arizona) | 06/03/2022 |
| Protective Specialty Insurance Company (Indiana) | 06/01/2010 |

**Back to Top**

# Q - Z

| Insurer | Date Approved |
|---|---|
| QBE Europe SA/NV (Belgium) | 06/03/2022 |
| QBE Specialty Insurance Company (North Dakota) | 08/01/2003 |
| QBE UK Limited (U.K.)<br>(Name changed from QBE Insurance (Europe) Limited effective 12/31/2018)<br>(Name changed from QBE International Insurance Limited effective 09/30/2005) | 01/06/1999 |
| Republic-Vanguard Insurance Company (Arizona) | 03/18/2022 |
| Richmond National Insurance Company (New Hampshire) | 11/08/2023 |
| Scottsdale Insurance Company (Ohio) | 06/30/1995 |
| Seneca Specialty Insurance Company (Delaware)<br>(Domicile changed from Arizona to Delaware, effective 11/25/2014) | 02/02/2004 |
| Shelter Reinsurance Company (Missouri) | 10/18/2007 |
| Shield Indemnity Incorporated (Ohio) | 04/10/2025 |
| Sierra Specialty Insurance Company (Texas) | 01/09/2025 |
| SiriusPoint International Insurance Corporation (Sweden)<br>(Name changed from Sirius International Insurance Corporation effective 06/07/2021) | 02/08/1999 |
| SiriusPoint Specialty Insurance Corporation (New Hampshire) | 04/29/2024 |
| Spinnaker Specialty Insurance Company (Texas) | 06/14/2023 |
| St. Paul Surplus Lines Insurance Company (Delaware) | 07/06/1995 |
| Starr Surplus Lines Insurance Company (Texas)<br>(Domicile changed from Illinois to Texas effective 01/01/2018) | 11/16/2010 |
| StarStone Specialty Insurance Company (Delaware)<br>(Name changed from Torus Specialty Insurance Company effective 09/21/2015)<br>(Name changed from Praetorian Specialty Insurance Company effective 03/02/2009)<br>(Name changed from Alea North America Specialty Insurance Company effective 10/02/2006) | 12/22/2004 |
| Steadfast Insurance Company (Illinois)<br>(Domicile changed from Delaware to Illinois effective 12/31/2018) | 07/18/1995 |
| Summit Specialty Insurance Company (Nebraska) | 08/15/2023 |
| Superior Specialty Insurance Company (Texas)<br>(Domicile changed from Missouri to Delaware and name changed from Savers Property and Casualty Insurance Company effective 01/31/2019)<br>(Domicile changed from Delaware to Texas effective 01/08/2025) | 6/30/1995 |

**Declaration of Patice A. Gore**

**EXHIBIT D**

**Page 9**

| | |
|---|---|
| Swiss Re Corporate Solutions Capacity Insurance Corporation (Missouri) (Name changed from First Specialty Insurance Corporation (Missouri) effective 08/01/2022) | 02/01/1995 |
| Swiss Re International SE (Luxembourg) (Name changed from SR International Business Insurance Company Limited (UK) effective 01/01/2008) (Domicile changed from UK to Luxembourg effective 01/01/2008) | 10/27/1995 |
| T.H.E. Insurance Company (Delaware) (Domicile changed from Louisiana to Delaware, effective 01/30/2025) | 09/22/1995 |
| Third Coast Insurance Company (Wisconsin) | 02/03/2023 |
| Tokio Marine Specialty Insurance Company (Delaware) (Name changed from Philadelphia Insurance Company effective 11/01/2012) (Domicile changed from Pennsylvania to Delaware effective 11/01/2012) | 02/14/1997 |
| Travelers Excess and Surplus Lines Company (Connecticut) (Name changed from Aetna Excess & Surplus Lines Company, effective 07/01/97) | 06/06/1997 |
| Travelers Specialty Insurance Company (Connecticut) | 08/05/2025 |
| Tudor Insurance Company (New Hampshire) | 07/18/1995 |
| United National Insurance Company (Pennsylvania) | 07/28/1995 |
| United Specialty Insurance Company (Texas) (Domicile changed from Delaware to Texas effective 01/08/2025) | 05/07/2008 |
| Upland Specialty Insurance Company (Texas) | 02/24/2025 |
| Vault E&S Insurance Company (Arkansas) | 12/05/2019 |
| Velocity Specialty Insurance Company (Delaware) (Domicile Changed from Ohio to Delaware and name changed from Fireman's Fund Insurance Company of Ohio effective 01/30/2017) (Name changed from Independent Specialty Insurance Company, effective 06/27/2023) | 05/19/1999 |
| Voyager Indemnity Insurance Company (Georgia) | 12/22/1995 |
| Watford Specialty Insurance Company (New Jersey) | 04/02/2019 |
| Westchester Surplus Lines Insurance Company (Georgia) | 06/30/1995 |
| Western World Insurance Company (New Hampshire) | 06/30/1995 |

**Back to Top**

Translate this page with **Google**Translate

Privacy Policy        ADA Compliance        Site Map        Career Opportunities        Internships

Free Document Readers        Scheduled Site Maintenance

Copyright © California Department of Insurance

Declaration of Patice A. Gore

EXHIBIT D

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be served by the Court's electronic CM/ECF system, and via electronic mail, on the following individuals on June 22, 2026:

Smbat Mamyan                                   Attorney for Plaintiffs
Serob Alajanyan                                Karen Karakhanian and Hermine
Alibi Akylas                                   Arakelyan
**A&M LAW, APC**
16530 Ventura Blvd., Ste. 627
Encino, CA 91436
Email: SamM@AMLawfirm.net
Email: amlawfirm@AMLawfirm.net
Email: AlibiA@AMLawfirm.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 22, 2026, at Sherman Oaks, California.


            /s/ *Patice A. Gore*
            Patice Alana Gore



**DECLARATION OF PATICE A. GORE**