Nathaniel S.G. Braun, SBN 269087
  *nbraun@sinclairbraun.com*
Patice Alana Gore, SBN 258776
  *pgore@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
BLUE HILL SPECIALTY INSURANCE COMPANY
INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KARAKHANIAN, an individual;<br>HERMINE ARAKELYAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE HILL SPECIALTY INSURANCE COMPANY Inc,, an Illinois Corporation, AND DOES 1 TO 50, INCLUSIVE,<br><br>Defendant. | Case No.: 2:26-cv-06753<br><br>**DEFENDANT BLUE HILL SPECIALTY INSURANCE COMPANY, INC.'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)**<br><br>[Removed from the Superior Court of California, Los Angeles County Case No. 26STCV14805] |

**SINCLAIR BRAUN KARGHER** LLP

**NOTICE OF INTERESTED PARTIES**

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendants Blue Hill Specialty Insurance Company, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | CONNECTION/INTEREST |
|---|---|
| Blue Hill Specialty Insurance Company Inc. | Defendant |
| Karen Karakhanian | Plaintiff |
| Hermine Arakelyan | Plaintiff |
| Uber Technologies, Inc. | Named Insured Under Subject Policy |
| Rasier, LLC | Named Insured Under Subject Policy |
| Progressive Commercial Holdings, Inc. | Parent company of Defendant Blue Hill Specialty Insurance Company Inc. |
| The Progressive Corporation | Ultimate Parent of Defendant Blue Hill Specialty Insurance Company Inc. |

Dated:  June 22, 2026          SINCLAIR BRAUN KARGHER LLP


By:  _/s/-Nathaniel S.G. Braun_____
         NATHANIEL S.G. BRAUN
         PATICE A. GORE
         Attorneys for Defendant
         BLUE HILL SPECIALTY
         INSURANCE COMPANY INC.

SINCLAIR
BRAUN
KARGHER LLP

---

**NOTICE OF INTERESTED PARTIES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be served by the Court's electronic CM/ECF system, and via electronic mail, on the following individuals on June 22, 2026:

| | |
|---|---|
| Smbat Mamyan<br>Serob Alajanyan<br>Alibi Akylas<br>**A&M LAW, APC**<br>16530 Ventura Blvd., Ste. 627<br>Encino, CA 91436<br>Email: SamM@AMLawfirm.net<br>Email: amlawfirm@AMLawfirm.net<br>Email: AlibiA@AMLawfirm.net | Attorney for Plaintiffs<br>Karen Karakhanian and Hermine Arakelyan |

☒     **BY E-MAIL**: I transmitted a copy of the foregoing document(s) via e-mail to the addressee(s).

☐     **BY OVERNIGHT DELIVERY:** I caused the above-referenced document(s) to be delivered as indicated on the SERVICE LIST.

☐     **BY PERSONAL SERVICE:** I personally ordered the delivery of such document by hand to the offices of the addressee(s) via First Legal Messenger Service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 22, 2026, at Sherman Oaks, California.

/s/ *Patice A. Gore*
Patice Alana Gore
